UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCIS X. MORGAN

V.

C.M.S. SERVICES
DR. RICHARD SMITH
N.P. JANICE HALL

CIVIL ACTION

DOC NO# _____

## COMPLAINT

### PARTIES

1. PLAINTIFF FRANCIS X MORGAN IS A FEDERAL DETAINEE AT THE ESSEX COUNTY CORRECTIONAL FACILITY IN MASSACHUSETTS AND LIFE LONG CITIZEN OF THE UNITED STATES OF AMERICA.

2. THE DEFENDANTS CMS SERVICES IS LOCATED IN ST. LOUIS MISSOURI

3. ADDED AND PROPER DEFENDANTS ARE DR. RICHARD SMITH AND N.P. JANICE HALL WORK AT THE ESSEX COUNTY CORRECTIONAL MEDICAL DEPARTMENT. I HOPE THEY ARE RESIDENTS OF THIS UNITED STATES

4. I WAS REFUSED THE PROPER ADDRESS OF THIS COMPANY. I WAS REFUSED TYPEWRITER AND LAW LIBRARY ACCESS.
   ALSO A COPY OF MY MEDICAL RECORDS FOR THE CLERK OF COURTS.

### JURISDICTION

5. THIS COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO 28 U.S.C. §1332

## FACTS

6. SINCE 10-10-03 I'VE BEEN HAVING SERIOUS CONFLICT WITH THE MEDICAL DEPARTMENT

7. NAMELY DR. RICHARD SMITH AND N.P. JANICE HALL HAVE VIOLATED MY 8TH AND 14TH AMENDMENT

8. HE BY FAILURE, ON MORE THAN 3 OCCASIONS, REFUSED TO TREAT MY MEDICAL NEEDS INCONSISTANTLY AND TOTALLY INDECENT.

9. THEY'RE DELIBERATE MEDICAL INDIFFERENCE HAS RESULTED IN PERMANENT DAMAGE AND SERIOUS MENTAL DISORDERS.

10. I'VE HADE MEDICATIONS PRESCRIBED TO ME BY DR. RICHARD SMITH WITH NO EXAMINATION AND HERE SAY KNOWLEGE OF MY AILMENTS.

11. THE MEDICATION WHERE VERY TOXIC TO MY SYSTEM AND MADE ME VERY ILL.

12. WHERE N.P. JANICE HALL IS CONCERNED IS THAT HER AND DR. RICHARD SMITH HAS CONSPIRED AGAIST ME MANY TIMES

13. ONE INSTANT IS JANICE HALL N.P. DENIED ME PAIN MEDICATIONS THAT WAS SUGGESTED BY MY SPECIALIST AT LEMUEL SHATTUCK HOSPITAL

14. HER PROFESSIONALISM WAS IN QUESTION WHEN SHE REFUSED TO TREAT ME OVER FACTS GIVEN.

15. THEN SHE STEPS IN AND TRY-ED TO MAKE AN INSTITUTIONAL DECISION.

16. IN OR AROUND 2-20-04 I SERIOUSLY INJURED MY BACK. I WAS NEVER SEEN.
IF YOU WHERE TO TAKE EXRAY OR MRI. YOU'LL SEE A BONE OR DEPOSIT THE SIZE OF A QUARTER.

17. ALSO THE SWING OF MY BACK IS WAY OFF LINE.

18. AND MUCH MORE...

19. MY FEAR IS. AM I GONNA END UP LIKE THE TWO OTHER MEN HAVE DIED IN THIS INSITUTION IN THE PAST THREE MONTHS?

## RELIEF

THAT DR. RICHARD SMITH BE INVESTIGATED BY THE A.M.A. AND AS SUCH HIS LICIENCE TO PRACTICE BE VACATED.

YOU SHOULD ALSO INVESTIGATED HOW LONG HE TREATS A PATIANT AND HOW HE BILLS.

IS HE CHARGING THE FEDS FOR HOURS OF TREATMENT FOR A 45 SECOND SIT DOWN.

I WOULD LIKE NP. JANICE HALL AND THE NURSES TO BE WARNED ABOUT BEING BIAS AND INDIFFERENCE

THERE IS MENS LIVES IN JEPORDY.

I'D LIKE TO PREVENT ANYONE FROM NEEDLESS AND OR WRONGFUL DEATH.

THE 8TH AMENDMENT AND THE 14TH AMENDMENT WAS AND STILL TODAY IS GROSSLY VIOLATED.

MY DAMAGES ARE NOW PERMENANT.

I NEED MY BACK STRAIGHTED OUT

MY MENTAL STATE IS WAY OFF.

I'M HAVING DR. MARY ANN ~~DE~~ GALVIN COMING TO EVALUATE ME.

JUDGE KEETON OF MY CRIMINAL CASE HAS APROVED MY FUNDS FOR HER.

ANY CASH AWARDS IS TO BE DECIDED BY THE JUDGE AND IS OPEN FOR DAMAGES.

20. WHERE FOR, THE PLAINTIFF DEMANDS JUDGEMENT AGAIST DEFENDANT FOR DAMAGES AND SUCH OTHER RELIEF AS THIS COURT DEEM JUST

21. THE PLAINTIFF DEMANDS (ASK) A TRIAL BY JURY

*[signature]* PROSE