```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

FRANCIS X. MORGAN,              )
         Plaintiff,             )
                                )
     v.                         )   C.A. No. 04-10711-WGY
                                )
C.M.S. SERVICES, et al.,        )
         Defendants.            )
```

                              FINAL JUDGMENT

For the reasons stated in the Memorandum and Order of Dismissal dated August 20, 2004, it is ORDERED:

This Civil Action is DISMISSED without prejudice.

                                        TONY ANASTAS,
                                        CLERK OF COURT

Dated: 8/25/04                          By /s/ Barbara Morse
                                             Deputy Clerk